VERIFIED COMPLAINT

(42 U.S.C. §1983 – Declaratory and Prospective Relief)

UNITED STATES DISTRICT COURT OF CONNECTICUT

Clayton Samuel Wilson
Plaintiff,

v.

Ndidi Moses, individual capacity
Diti Kapoor, in her official capacity,
Defendants.

Case No.:

I. JURISDICTION AND VENUE

1. This action arises under **42 U.S.C. §1983** and the **Fourteenth Amendment** to the United States Constitution.

2. Jurisdiction is proper under **28 U.S.C. §§1331 and 1343**.

3. Declaratory and prospective relief are authorized under **28 U.S.C. §§2201–2202**.

4. Venue is proper under **28 U.S.C. §1391** because the events giving rise to this action occurred in this district.

II. PARTIES

5. **Plaintiff** is Clayton Samuel Wilson, a resident of Bridgeport, CT.

6. **Defendant Ndidi Moses is a judicial officer who, at all relevant times, acted in the clear absence of personal jurisdiction over Plaintiff due to total failure of service of process**.

8. Defendant Diti Kapoor, in her **official capacity**, is a final policymaker for docketing, notice, calendaring, and maintenance of returns of service in contempt proceedings.

III. FACTUAL ALLEGATIONS

9. On February 14, 2024, Defendant Judge entered an **Order** following what was characterized as an **evidentiary hearing** on a **Motion for Contempt**.

10. Plaintiff was **not present** at the hearing.

11. Plaintiff was **never personally served** with:
   a. The Motion for Contempt; or
   b. Notice of an evidentiary hearing.

12. The docket reflects **no valid Return of Service** establishing service compliant with **Rule 4**.

13. Any purported "abode service" is **not authorized** under Rule 4 for contempt proceedings and is therefore **void**.

14. Because no lawful service occurred, the court **never acquired personal jurisdiction** over Plaintiff.

15. Despite lacking personal jurisdiction, Defendant Judge:
   a. Conducted an evidentiary hearing;
   b. Took testimony;
   c. Made factual findings;
   d. Entered coercive sanctions; and
   e. Threatened incarceration.

16. The Order imposed financial obligations and compliance requirements under threat of jail.

IV. CLEAR ABSENCE OF JURISDICTION

17. Personal jurisdiction is a **mandatory prerequisite** to the exercise of judicial authority.

18. Where service of process has not been accomplished, a court acts **without jurisdiction**.

19. Acts taken in the absence of personal jurisdiction are **void ab initio**.

20. By proceeding without service, Defendant Judge acted **in the clear absence of all jurisdiction**, rendering the actions **ultra vires** and **non-judicial** for immunity purposes.

## V. CONSTITUTIONAL VIOLATIONS

COUNT I – Fourteenth Amendment

(Procedural Due Process – §1983)

21. Plaintiff was deprived of liberty and property interests without:
    a. Notice;
    b. An opportunity to be heard;
    c. Lawful service of process.

22. The right to service of process and notice prior to contempt proceedings is **clearly established law**.

COUNT II – Declaratory Relief

(Void Order – §1983)

23. An actual, live controversy exists regarding the validity of the February 14, 2024 Order.

24. Plaintiff seeks a declaration that the Order is **void for lack of personal jurisdiction**.

## VI. MUNICIPAL LIABILITY (Monell)

(Against County and Clerk – §1983)

25. Defendants County of Fairfield and Clerk of Court maintained **policies, customs, or practices** that caused the constitutional violations.

### A. POLICY / CUSTOM

26. Defendants maintained a policy or widespread practice of:
    a. Allowing contempt proceedings to proceed **without verified Rule 4 service**;
    b. Accepting unauthorized "abode service";
    c. Calendaring hearings without a filed Return of Service;
    d. Treating lack of service as a waivable defect;
    e. Permitting evidentiary hearings in absentia.

27. These practices were **persistent, widespread, and well-settled**, constituting official municipal policy.

B. FAILURE TO TRAIN / SUPERVISE

28. Defendants failed to train and supervise clerks, administrators, and process servers to ensure Rule 4 compliance prior to contempt proceedings.

29. This failure amounted to **deliberate indifference** to constitutional rights.

C. RATIFICATION

30. Defendant Clerk of Court, as a final policymaker, **ratified** the unconstitutional conduct by maintaining docket entries and allowing enforcement despite known service defects.

D. CAUSATION

31. Defendants' policies and customs were the **moving force** behind:
   a. The lack of personal jurisdiction;
   b. The unlawful evidentiary hearing;
   c. The void contempt order;
   d. The threat of incarceration.


VII. RELIEF REQUESTED

(Declaratory & Prospective Only)

Plaintiff respectfully requests that the Court:

A. Declare the February 14, 2024 contempt order **VOID ab initio**;
B. Declare that proceeding without Rule 4 service violates due process;
C. Enjoin enforcement of the void order;
D. Grant prospective relief requiring verification of service prior to evidentiary contempt hearings;
E. Award costs and such other relief as just and proper.


VIII. VERIFICATION

I, Clayton Samuel Wilson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXHIBIT A: COURT ORDER
EXHIBIT B: MOTION FOR CONTEMPT
EXHIBIT C: RETURN OF SERVICE


Clayton Samuel Wilson
111 Grandview Ave
Bridgeport CT 06606

UCC 1-308

DOCKET NO: FBTFA215046912S

WILSON, CLAYTON
V.
HAMLETTE, KHADIJAH

ORDER 442324
SUPERIOR COURT

JUDICIAL DISTRICT OF BRIDGEPORT
AT BRIDGEPORT

2/14/2024

## ORDER

Defendant Present.

The following order is entered in the above matter:

ORDER:

This matter was set down for a hearing on the plaintiff's motions: #172 and #176, as well as the defendant's motions: #171 and #174. The defendant appeared and the plaintiff failed to appear. The court defaulted the plaintiff for failure to appear and dismissed the plaintiff's motions #172 and #176 for failure to appear and prosecute. The court also dismissed the defendant's motion #174 for failure to effectuate timely service.

Following an evidentiary hearing on motion #171, the defendant's Motion for Contempt, the court hereby finds and orders as follows:

The court finds the plaintiff in contempt. The court finds the plaintiff has willfully failed to comply with a clear and unambiguous court order pertaining to the payment of child support.

The court finds that as of February 14, 2024, there was an arrearage of $7,427.93 in child support due to the defendant. Additionally, the plaintiff is responsible for 23% of childcare contributions, and has failed to contribute sufficient funds to his obligation. The court finds the plaintiff currently owes $671.37 towards the minor child's daycare costs.

The court finds the total arrearage amount due to the defendant, including child support payments and daycare cost, is $8,099.30, as of February 14, 2024.

The court orders that in addition to the current child support order, the plaintiff shall pay $77.88 a week towards that arrearage. The court orders the plaintiff to pay a total sum of $159.87 per week, commencing on February 16, 2024, until the arrearage is paid off in full. The payments shall be made weekly on Friday.

Plaintiff is ordered to immediately provide all information regarding his employment. The court orders immediate income withholding once that information is provided.

The plaintiff is hereby put on notice that he faces the risk of incarceration if his non-compliance continues.

Judicial Notice (JDNO) was sent regarding this order.

442324

Judge: NDIDI N MOSES
Processed by: Diti Kapoor

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

| MOTION FOR CONTEMPT/ CONTEMPT CITATION<br>JD-FM-173  Rev. 7-21<br>C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;<br>P.B. § 25-27 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | COURT USE ONLY |  |
|---|---|---|---|
| | | MFCONTP | Certification has been filled out. |
| **Instructions to filer**<br>1. Fill out Page 1 of this form.<br>2. Keep a copy of the completed form for your records.<br>3. File the completed form with the court clerk's office. | | CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| | | CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

(Select one)  ☐ Before Judgment (pendente lite)   ☑ After Judgment

| Judicial District of<br>FAIRFIELD | At (Town)<br>BRIDGEPORT | Docket number |
|---|---|---|
| Plaintiff's name<br>Clayton S. Wilson | Plaintiff's address (Number, street, city, state, zip code)<br>111 Grandview Ave, Bpt, CT 06606 | |
| Defendant's name<br>Khadijah M. Hamlette | Defendant's address (Number, street, city, state, zip code)<br>75 Sedgewick Street Bpt, CT, 06606 | |
| Third Party's name (if applicable) | Third Party's address (Number, street, city, state, zip code) | |

I am the ☐ Plaintiff  ☑ Defendant  ☐ Third Party  in this case.

On (date) _____ the court made an order that (name) Clayton S. Wilson is not following.

**Court Order and ways the Order has not been followed**
(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)

We as the party will share legal custody of the minor child and I will maintain primary residential custody. The father will be parenting time every weekend from Friday @ 4:00pm with pick up at daycare or, if no daycare, at the Bpt police department.

**Claim for Relief**

I ask the court to find (name) Clayton S. Wilson in contempt and to enter any other orders the court finds appropriate.  (Select only if this applies) ☐ I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature (Self-represented party or attorney)<br>K. Hamlette | Print or type name<br>K. Hamlette | Date |
|---|---|---|
| Mailing address of self-represented party or attorney<br>75 Sedgewick Street Bridgeport CT, 06606 | | |
| E-mail address<br>khadijahhamlette@yahoo.com | | Phone number (Area code first)<br>(203)526-1420 |

**Certification** (Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Clayton S. Wilson

*If necessary, attach additional sheet or sheets with name and address that the copy was or will be mailed or delivered to.

| Signed (Self-represented party or attorney)<br>K. Hamlette | Print or type name<br>K. Hamlette | Date signed |
|---|---|---|

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

Is this a family support magistrate (IV-D) matter? ☐ Yes  ☐ No

Page 1

171.00

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Claytons Wilson | Kenaijah M. Hamlette | |

## Order to Attend Court Event - Contempt Citation

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☑ Plaintiff  ☐ Defendant  ☐ Third Party  **to attend** a court event on (date) 9/19/2023 at (time) 2:00pm and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
- issue a civil arrest order (capias) against you;
- enter orders that affect you, without your participation; and/or
- schedule additional court events.

This court event will be  ☐ a hearing  ☑ a Resolution Plan Date*  ☐ a Case Date  ☐ Other: _____

This court event will be held ☑ in person at:

| Superior Court, Judicial District of: | Room number (if known) | Phone number (Area code first) |
|---|---|---|
| Fairfield | Family Relations | 203-579-6527 |
| Court location (Number, street and town) | | |
| 1061 Main Street Bridgeport, CT 06604 | | |

OR

☐ remotely (online by video). You are ordered to:
- File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
- Attend this court event by following the instructions that are sent to your e-mail address by the court; and
- Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

**\*About Resolution Plan Dates**
If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.

## Order to Give Notice

The court orders the ☐ Plaintiff  ☑ Defendant  ☐ Third Party  to **give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address | |
|---|---|---|
| Clayton Wilson | 111 Grandview Avenue Bridgeport CT 06606 | |
| By the court (Judge/Assistant clerk) | | Date signed |
| Kamran Edgar | | 8/17/2023 |

Page 2

1.)

On July 23, 2023 the plaintiff decided to tell me that I won't hear from my son until Wednesday when he gets back. I have no knowledge of where my son could be at. As well as knowledge of him taking a trip with my son during his parenting time that would go into my parenting time. I was suppose to get my son back Sunday July 23, 2023 for a birthday party he was going to be attending. Me and the plaintiff had an agreement prior to July 23, 2023 about the party. On Saturday July 22, 2023 the plaintiff had texted me stating he needed me to get our son until nine oclock that evening but definitely make sure he goes to the party. Morning of the party plaintiff stated he might not make it back on time to get him to the party. I told him to let me know which he did but when he said he wasn't going to be able to I just told him to keep him then. Prior before this day me and plaintiff we trying to work on things for the sack of my son. But once I told him he could keep our son July 23, 2023 since he won't be on time for birthday he went left telling me he'll be there when he get back from where ever they are. Then I stated I won't be home because it still his parenting he didn't like that answer telling me he won't be going to school or bringing him to school which is court order for him to drop off our son on Monday morning to school. Then he telling me I could pick him up Tuesday when I get out. He continues to threating me with words saying I need but I asked for this. That is when I asked him when was he coming to get his things again or where can I drop them off to which he did now he trying hold my son as a pawn and he won't taking him to school Thursday of this coming week which he needs to be in school as well as it my parenting time. I am asking for the court to give me sole full custody of my son Caiden Samir Wilson because since the plaintiff has filed his visitation time for our son he has yet to follow any of the court orders that were made from the court such as child support that he suppose to pay weekly but he pays when he feels like it, we had

K. Hamlette 7/25/23 →

2) an parenting class we both had to do for court that was suppose to be done before May 3, 2023 he has yet done his and nothing has happen. Also he hasn't been paying his 23% portion to the daycare up until August 2022. He hasn't even been paying the new school but once for our sons new school that he started Febrauary of 2023 due to his prior school shutting down for good March of 2023. I tried to be an adult with the plainiff after our last court date of March 8, 2023 to try to co-parent without the court involved but as far as asking for more of finanical support from the plainiff when it come to our son. For instance he stated all I had to do was ask and I would get it. That happen a month then he slipped back in his old habit of not helping again. So now I just want to make him accountable for his responsibity to our son when comes to finanically helping. I am asking for the court to be aable to get my son as passport signature of the plainiff so am able to take trips with my son. I am also asking for court to grant we both follow parenting time that was grant Febrauny of 2022. Were he goes back to babysitter during the week like been doing such the very beginning. We had come to an agreement him watching our son while I work because of our son had got heurt that was a honest to accident while at the babysitter who is a license foster parent. I also ask the court to grant me my rear end balance of child support was order by the court to the plainiff. The plainiff has also stated on many times that he doesn't have to help me finanically with our son when our son is in my care since I don't help him when he is in his care. All he cares about is his parenting time or visitation anything else is as he feels as it is relevant. I will like to change his parenting time from Friday at 4:00pm to Monday 9 am to Friday 4pm to Saturday 9pm. so my son is still able to attend school which will be help him his social skills as well as he developmentally grauth as a toddler.

K. Hamlette 7/25/23

STATE OF CONNECTICUT;
                                    SS: Bridgeport    August 23, 2023
COUNTY OF FAIRFIELD:

Then and there and by virtue hereof and by direction of the Defendant, I left a true and attested copy of the within original Motion for Contempt/Contempt Citation with Two (2) Page Attachment at the usual place of abode of the within named Plaintiff:

**Clayton S. Wilson – 111 Grandview Avenue, Bridgeport, CT**

The within is the original Motion for Contempt/Contempt Citation with Two (2) Page Attachment with my doings hereon endorsed.

ATTEST:

_____
Christopher Paoletti
STATE MARSHAL
FAIRFIELD COUNTY

**Fees:**

| | |
|---|---|
| Pages | 4.00 |
| Endorsements | 2.50 |
| Service | 50.00 |
| Travel | 2.29 |
| **Total** | **58.79** |

OFFICE OF THE CLERK
SUPERIOR COURT
2023 AUG 28 A 11: 04
JUDICIAL DISTRICT OF
FAIRFIELD AT BRIDGEPORT

171.80

| APPLICATION FOR CONTEMPT ORDER, INCOME WITHHOLDING, AND/OR OTHER RELIEF | STATE OF CONNECTICUT SUPERIOR COURT | 762531*1 | Court Use Only |
|---|---|---|---|
| JD-FM-15 Rev. 3-17 C.G.S. §§ 46b-215, 46b-220, 46b-231, 52-362; 45 CFR 303.6 | www.jud.ct.gov | | CITWFRD |

**To Support Enforcement Officer**
1. Complete "Application" and "Order and Summons."
2. Forward to proper officer for service.
3. Keep a copy for your files.
4. Return original to clerk after service.

**Instructions**
**To Clerk**
1. Check all information for accuracy.
2. Sign the "Order" and "Summons"
3. Return original to preparer.
**To Proper Officer**
See Instructions on back/page 2.

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

This Application is against (Give name and address of respondent) Clayton S. Wilson, Address Not Disclosed Pursuant to CGS §17b-90(c)

"x" all that apply and is for: [X] A Contempt Order  [X] An Income Withholding  [X] A Plan to pay past-due support  [X] An Order to participate in work activities

| Name of case (Plaintiff vs. Defendant) | Docket number |
|---|---|
| Clayton S. Wilson vs. Khadijah M. Hamlette | FBTFA215046912S |

| Judicial District | Address of Court (Number, street, and town) |
|---|---|
| FAIRFIELD | 1061 MAIN STREET, BRIDGEPORT, CT 06604 |

| Name of applicant (Support Enforcement Officer making application) | Address of applicant (Number, street, and town) |
|---|---|
| Matthew V Anderson | SES, ONE LAFAYETTE CIRCLE, BRIDGEPORT, CT |

| Date of judgment or agreement | Amount of Order | Total balance owed | Delinquency (Amount overdue) | As of (Date) |
|---|---|---|---|---|
| 2/3/22 | $82.00/WK | $1,886.00 | $1,886.00 | 07/13/22 |

| Health insurance ordered | | Contributions not made | |
|---|---|---|---|
| ☐ Not made available | ☐ Not maintained | ☐ Child care | ☐ Unreimbursed medical expenses |

I certify that the information given above is true to the best of my knowledge and belief:

| Signed | Title (If applicable) | Date signed |
|---|---|---|
| [signature] | SEO II | 7/13/22 |
| Name of person signing | Address (Number, street, and town) | Telephone number |
| Matthew V Anderson | ONE LAFAYETTE CIRCLE, BRIDGEPORT, CT | (203) 576-3670 |

The respondent named above is ordered to come to the Superior Court/Family Support Magistrate Division at:

| Address of Superior Court/Family Support Magistrate Division | On (Day of week) | Date (Month, day, year) | Time (A.M./P.M.) |
|---|---|---|---|
| 172 GOLDEN HILL STREET, BRIDGEPORT, CT | THURSDAY | 10/20/22 | 9:00 AM |

to: "x" all that apply
1. [X] Give the reason or reasons why he or she should not be found to be in contempt of court for:
    [X] not paying support,
    ☐ not paying child care,
    ☐ not paying unreimbursed medical expense contributions,
    ☐ not providing or maintaining health insurance as ordered by the Court or by the Family Support Magistrate.
2. [X] Give the reason or reasons why:
    [X] an income withholding should not be ordered against the respondent,
    ☐ a license suspension should not be ordered against the respondent,
    [X] an order for a plan to pay any past-due support should not be ordered against the respondent,
    [X] an order to participate in work activities should not be ordered against the respondent.

**To: Any Proper Officer**
By Authority of the State of Connecticut, you are commanded to serve and make return of service of this application and order on the respondent named above according to law at least 12 days, inclusive, before the court appearance "Date" indicated below.

| By the Court/Family Support Magistrate Division | | Signed (Assistant Clerk, Support Enforcement Officer) | Date signed |
|---|---|---|---|
| Fusco | ☐ J. [X] F.S.M | [signature] | 7/21/22 |

**Notice To Respondent** (To be completed by proper officer)

1. You have been ordered to be in court at:

| Address of Superior Court/Family Support Magistrate Division | On (Day of week) | Date (Month, day, year) | Time (A.M./P.M.) |
|---|---|---|---|
| 172 GOLDEN HILL STREET, BRIDGEPORT, CT | THURSDAY | 10/20/22 | 9:00 AM |

2. If you do not come to court on the court date and time shown above, a capias may be issued (ordered) for your arrest and an income withholding may be ordered against your income.

3. Your ability to pay is the most important thing that the court will look at when deciding whether you are in contempt (have failed to follow the court order) and what the consequences will be for that contempt.

4. In certain situations, the Court or Family Support Magistrate may order that your motor vehicle driver's license, commercial driver's license, or your professional, occupational, or recreational license (if you have one) is suspended if you have failed to follow the support order. The Court or Family Support Magistrate may also order a plan for payment of any past-due support and require you to take part in work activities so that you can follow the support order.

(Page 1 of 2)     CONTEMPT ORDER/INCOME WITHHOLDING

**Order** *(For use by Court/Family Support Magistrate Division only)*

This application has been heard and it is found that the Respondent is in arrears as of *(date)* _____ in the amount of $_____. It is **ordered**:

| By the Court/Family Support Magistrate Division | ☐ J. ☐ F.S.M. | Signed *(Assistant Clerk)* | Date of Order |
|---|---|---|---|
| | | | |

**Instructions To Proper Officer**

1. If applicable, fill in information required in the "Order and Summons" section and the "Notice to Respondent" section on front before making service.
2. Serve the copy on the respondent.
3. Complete the "Return of Service" section below and return.

## Return of Service

Then and there by virtue of the original application, and by order of the Court or Family Support Magistrate Division, I served the Respondent with a true and attested copy of the original application, order and summons by *(specify method of service)* _Abode at 111 Grandview ave_____

The within and foregoing is the original application, order and summons with my doings thereon endorsed.

| Signed *(State Marshal, Support Enforcement Off., Proper Officer)* | Print name and title of signer | Date served |
|---|---|---|
| *[signature]* | *O. Prado   752* | 9-6-22 |

```
       COPY       _____
ENDORSEMENT       _____
    SERVICE       _____
     TRAVEL       _____
      TOTAL       _____
```

A TRUE AND ATTESTED COPY, ATTEST: _____
                                    *(State Marshal or proper officer)*

JD-FM-15 (back/page 2)  Rev. 3-17

**COURT ORDER -**
**FAMILY SUPPORT MAGISTRATE**
JD-FM-170 Rev. 1-22

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Court Use Only
JDFM170

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of parentage, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | Docket number |
|---|---|---|
| Bridgeport | 172 Golden Hill Street Bridgeport, CT | FBTFA215046912S |
| Defendant in Military? | AAG Present? | SES Present? Yes | File companionized with docket number: |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
|---|---|---|---|---|
| CLAYTON WILSON | No | | | |
| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| KHADIJAH HAMLETTE | Yes | | | |

| Case Description | Case type | | Type of Motion | Entry Number(s) |
|---|---|---|---|---|
| | Custody | | Contempt | 135 |
| | Type of Judgment | | Type of service | |

| Children *(if parentage action, fill in date of birth)* | Name | D.O.B. *(If parentage action)* | Name | D.O.B. *(If parentage action)* |
|---|---|---|---|---|
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

**Order**

| Additional Orders | Due to insufficient service, this matter has been marked off. |
|---|---|

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
|---|---|---|
| ANTHONY PETER FUSCO, F.S.M. | Rashida Smith (By the Clerk 089998) | 10/20/2022 |

This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov

FBTFA215046912S        Date of Order: 10/20/2022        *(Page 1 of 1)*

"I request permission to proceed in forma pauperis. I am currently experiencing financial hardship. I was employed for approximately three weeks but lost that job and at this time I am only able to work part-time due to health conditions. My income is limited and is not enough to cover both my basic living expenses and the court filing fees. I certify that I cannot afford to pay the fees without sacrificing necessities."

 **Bianca Blondet Jimenez** 11:19 AM 

To claytonwilson929@yahoo.com

Dec 8 at 11:19 AM

Hello Clayton,

This is Bianca from Hamilton Connections. The reason you are being sent home today 12/8/2025 is because work at your current site is slowing. Work tends to be seasonally influenced at this time of year and many projects conclude some weeks before the holidays.

Regards,

*Bianca M Blondet Jimenez*

**Hamilton Connections**

**2572 Whitney Ave**